IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rogers, Yolonda C | Case Number: 08 B 21603 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/22/09 | Filed: 8/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 450.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 450.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 112.47 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 599.28 | 0.00 |
| 5. | HSBC Taxpayer Financial Services | Unsecured | 2,074.69 | 0.00 |
| 6. | Stephanie & Alphonso Townsend | Unsecured | | No Claim Filed |
| 7. | Direct Tv | Unsecured | | No Claim Filed |
| 8. | University Pathologists PC | Unsecured | | No Claim Filed |
| 9. | Lincoln Park Dtl Spec, Ltd | Unsecured | | No Claim Filed |
| 10. | Loan Shop | Unsecured | | No Claim Filed |
| 11. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 12. | T Mobile USA | Unsecured | | No Claim Filed |
| 13. | Sprint Nextel | Unsecured | | No Claim Filed |
| 14. | Corporate America Family CU | Unsecured | | No Claim Filed |
| 15. | Rush University Medical Center | Unsecured | | No Claim Filed |
| | | | $ 2,786.44 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rogers, Yolonda C

Printed: 01/22/09

Case Number:  08 B 21603
Judge:  Squires, John H
Filed:  8/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

